IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | NO. 7:13-CV-00063-HL |
| GISH OIL COMPANY, RAYMON GISH, and HELEN GISH, | § § § § | |
| Defendants. | | |

## ORDER

Upon consideration of Phillip 66's Unopposed Motion for Substitution of Party Defendant ("Motion") to substitute Helen Gish, solely in her capacity as executor of the Estate of Raymon Gish, in place of deceased Defendant Raymon Gish, Phillip 66's Motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that Helen Gish as executor of the Estate of Raymon Gish is substituted as party defendant in place of deceased Defendant Raymon Gish pursuant to Rule 25 of the Federal Rules of Civil Procedure.

DATED the __2nd__ day of __June_____, 2014.

                                                       ___s/ Hugh Lawson_____
                                                       THE HONORABLE HUGH LAWSON
                                                       United States District Judge